1  PATRICIA J. BARRY (SBN 59116)
   634 S. Spring St., Ste 823
2  Los Angeles, CA 90014
   Telephone: (213) 995-0734
3  Facsimile: (213) 995-0735
   pbarrylegal@gmail.com
4  Attorney for Plaintiff SHELLEY ALLISON, on behalf of herself
   and as guardian ad litem on behalf of her two minor daughters, A.A. and S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY ALLISON, on behalf of herself and as guardian ad litem on behalf of her two minor daughters, A.A. and S.A., | Case No. CV 14-04813 JSW |
| Plaintiff, | [PROPOSED] ORDER ON PLAINTIFF'S EXPARTE ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 27, 2015 |
| vs. | |
| JUDITH LAWRENCE, et al., | NEW DATE: MARCH 27, 2015<br>TIME: 11:00 AM<br>DEPT: 5, OAKLAND |
| Defendants. | |
| | DATE COMPLAINT FILED: OCT. 29, 2014 |

FOR GOOD CAUSE SHOWN, the Case Management Conference is continued to March 27, 2015, at 11:00 AM in Courtroom 5 of the above-entitled court located at 1301 Clay Street, Oakland, California. And it is

FURTHER ORDERED that Plaintiff's attorney shall serve on all defendants who are being served with the complaint a copy of this order and the order setting Case Management Conference and Ordering Joint Case Management Conference Statement, Doc. #11, filed on December 22, 2014.

DATED: February __3__, 2015

_____
JUDGE OF U. S. DISTRICT COURT

---

*Allison v. Lawrence, et. al, Case No.* CV 14-04813 JSW: [*PROPOSED*] ORDER ON PLAINTIFF'S EXPARTE ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 27, 2015