SHARON L. ANDERSON (SBN 94814)
County Counsel
JANICE L. AMENTA (SBN 161260)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: janice.amenta@cc.cccounty.us

Attorneys for Defendants
XAVIER SHABAZZ, EMILY AMOTT,
DONALD PATCHIN, DAVID TWA, and
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY ALLISON, on behalf of herself and as guardian ad litem on behalf of her two minor daughters, A.A. and S.A., <br><br> Plaintiff, <br><br> v. <br><br> JUDITH LAWRENCE, XAVIER SHABAZZ (in his individual capacity), BRUCE ADAIR, EMILY AMMOT (in her individual capacity), DONALD PATCHIN (in his individual capacity), DOE 1 - UNNAMED UNKNOWN CONTRA COSTA CHILD PROTECTIVE SERVICES WORKER (in her individual capacity), DAVID J. TWA, (in his official capacity) CONTRA COSTA COUNTY, DOES 1 - 10, <br><br> Defendants. | No. C14-04813 JSW <br><br> STIPULATION AND ORDER EXTENDING DATE OF CASE MANAGEMENT CONFERENCE <br><br><br> Crtrm:   5, 2nd Floor <br> Judge:   Hon. Jeffrey S. White, Presiding <br> Date Action Filed: October 29, 2014 <br> Trial Date:   None Assigned |

## **STIPULATION**

WHEREAS, the parties have previously stipulated to extend the date by which

defendants XAVIER SHABAZZ, EMILY AMOTT, DONALD PATCHIN, DAVID TWA,

and CONTRA COSTA COUNTY ("Contra Costa Defendants") file their responsive pleading

1 | to plaintiff's complaint to April 17, 2015;

2 |     WHEREAS, the Case Management Conference is currently scheduled for March 27, 2015, and the Joint Case Management Conference Statement is due March 20, 2015;

    WHEREAS, the parties, through their respective counsel, have met and conferred and, there being no objection, stipulate that the Case Management Conference should be moved to a date after the Contra Costa Defendants have responded to the complaint;

    WHEREAS, the parties request this court to order the date of the Case Management Conference be moved to June 19, 2015, that the Joint Case Management Conference Statement be filed June 12, 2015, and that the Initial Disclosures be made June 12, 2015.

**SO STIPULATED.**

DATE: March 20, 2015        By:      */s/*
                                              PATRICIA J. BARRY, ESQ.
                                              Attorney for Plaintiff

DATE: March 20, 2015        SHARON L. ANDERSON
                                          COUNTY COUNSEL

                                       By:      */s/*
                                              JANICE L. AMENTA
                                              Deputy County Counsel
                                              Attorneys for Defendants
                                              XAVIER SHABAZZ, EMILY AMOTT,
                                              DONALD PATCHIN, DAVID TWA, and
                                              CONTRA COSTA COUNTY

**ORDER**

    **IT IS HEREBY ORDERED** that the Case Management Conference is scheduled for June 19, 2015 at 11:00 a.m. The Joint Case Management Conference Statement is due June 12, 2015. The parties must make initial disclosures ~~on or before~~ _____ in the time required by the Northern District Civil Local Rules and the Federal Rules of Civil Procedure.

DATE: March 23, 2015                                            _____
                                                               THE HONORABLE JEFFREY S. WHITE