UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLEY ALLISON,

      Plaintiff,                          No. C 14-04813 JSW

      v.

JUDITH LAWRENCE, ET AL.,           **ORDER REQUIRING SUBMISSION**

      Defendants.
_____/

    In considering the pending motions, the Court would be greatly assisted by the submission of a redline comparison of the original Complaint, filed on October 29, 2014, and the First Amended Complaint filed on June 9, 2015.  Therefore, IT IS HEREBY ORDERED that Plaintiff shall electronically file and submit to chambers the redline version of the two complaints by no later June 19, 2015.

    **IT IS SO ORDERED.**

Dated: June 11, 2015

                                                        JEFFREY S. WHITE
                                                        United States District Judge