UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHELLEY ALLISON,

      Plaintiff,

v.

JUDITH LAWRENCE, ET AL.,

      Defendants.
_____/

No. C 14-04813 JSW

**ORDER VACATING HEARING**

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions to dismiss which have been noticed for hearing on Friday, June 19, 2015, at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: June 16, 2015

JEFFREY S. WHITE
United States District Judge