SHARON L. ANDERSON (SBN 94814)
County Counsel
PATRICK L. HURLEY (SBN 174438)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: patrick.hurley@cc.cccounty.us

Attorneys for Defendants
XAVIER SHABAZZ, EMILY AMOTT,
DONALD PATCHIN. and
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY ALLISON, on behalf of herself and as guardian ad litem on behalf of her two minor daughters, A.A. and S.A.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JUDITH LAWRENCE, XAVIER SHABAZZ (in his individual capacity), BRUCE ADAIR, EMILY AMMOT (in her individual capacity), DONALD PATCHIN (in his individual capacity), DOE 1 - UNNAMED UNKNOWN CONTRA COSTA CHILD PROTECTIVE SERVICES WORKER (in her individual capacity), DAVID J. TWA, (in his official capacity) CONTRA COSTA COUNTY, DOES 1 - 10,<br><br>　　　　　Defendants. | No. C 14-04813 JSW<br><br>STIPULATION AND ORDER EXTENDING DATE OF CASE MANAGEMENT CONFERENCE<br><br>**Scheduling Conference**<br><br>Date:  August 21, 2015<br>Time: 11:00 a.m.<br>Crtrm:  5, 2nd Floor<br>Judge:   Hon. Jeffrey S. White, Presiding<br><br>Date Action Filed: October 29, 2014<br>Trial Date:   None Assigned |

## **STIPULATION**

Plaintiff Shelley Allison and defendants Xavier Shabazz, Emily Amott, Donald Patchin, and Contra Costa County (the "County defendants"), by and through their attorneys of record, hereby stipulate to continue the Case Management Conference, currently scheduled for August

---

STIPULATION AND ORDER EXTENDING DATE OF CASE MANAGEMENT CONFERENCE
Case No. C14-04813 JSW                                                                                                                          1

21, 2015, to a date in October or November 2015 that is convenient for the Court's calendar.

This stipulation is supported by good cause and based on the following:

1. The original complaint was filed by plaintiff in October 2014 but the County defendants were not served until March 2015. A Case Management Conference was originally set for February 2015, continued to March 2015 upon ex parte application by plaintiff, continued to June 2015 based on a stipulation of the parties, and continued to August 21, 2015 by order of the Court in light of defendants' pending motion to dismiss the complaint.

2. The motions to dismiss were ultimately granted by the Court on June 26, 2015. Plaintiff was granted leave to amend the complaint as to the County defendants. Plaintiff filed a second amended complaint on July 15, 2015. The second amended complaint included three new parties who have not been served or appeared in the case: the State of California, the California Judicial Council, and the Contra Costa Superior Court.

3. The Court ordered the County defendants to respond to the second amended complaint on or before September 4, 2015.

4. The County defendants intend to file a motion to dismiss the second amended complaint which, if filed in early September, would not be heard until October 2015.

5. The parties believe that, in light of the current procedural posture of the case, a continuance of the Case Management Conference until after the likely hearing on the motion to dismiss the second amended complaint of the County defendants would avoid unnecessary expenditure of the time and energy of the Court, the parties, and counsel.

///
///
///
///
///
///
///
///

6. As such, plaintiff and the County defendants, by and through their counsel of record, stipulate to a continuance of the Case Management Conference.

**SO STIPULATED.**

DATE: August 10, 2015            By:  _S:/Patricia J. Barry_

                                            PATRICIA J. BARRY, ESQ.
                                            Attorney for Plaintiff

DATE: August 10, 2015            SHARON L. ANDERSON
                                       COUNTY COUNSEL

                                       By:  _S:/Patrick L. Hurley_

                                            PATRICK L. HURLEY
                                            Deputy County Counsel
                                            Attorneys for Defendants
                                            XAVIER SHABAZZ, EMILY AMOTT,
                                            DONALD PATCHIN, and CONTRA
                                            COSTA COUNTY

## **ORDER**

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference is continued to  December 4, 2015 at 11:00 . The Joint Case Management Conference Statement is due on or before  _____ . The parties must make initial disclosures on or before  _____ .

DATE: August  10 , 2015            _/s/ Jeffrey S. White_
                                            JEFFREY S. WHITE
                                            United States District Judge