1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8
9    SHELLEY ALLISON,
10              Plaintiff,                        No. C 14-04813  JSW
11         v.
12   JUDITH LAWRENCE, ET AL.,                     **ORDER VACATING HEARING**
13              Defendants.
     _____/
14
15        Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions to dismiss and the
16   motion for appointment of guardian *ad litem* which have been noticed for hearing on Friday,
17   December 18, 2015, at 9:00 a.m., are appropriate for decision without oral argument.  Accordingly,
18   the hearing date is hereby VACATED.  The motions will be taken under submission and decided on
19   the papers.
20        **IT IS SO ORDERED.**
21   Dated:  December 7, 2015
22                                                _____
                                                 JEFFREY S. WHITE
23                                               United States District Judge
24
25
26
27
28